IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-CV-404-FDW-DSC

| | |
|---|---|
| CENTER CAPITAL CORPORATION, n/k/a WEBSTER CAPITAL FINANCE, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>APEX HOMES, INC. and<br>LEONARD R. WATTS,<br><br>　　　　　Defendants. | **ORDER<br>AND NOTICE OF HEARING** |

　　　　It is hereby **ORDERED** that at the hearing scheduled for **Monday, August 6, 2012 at 2:00 PM in U.S. Magistrate Courtroom, 401 W Trade St, Charlotte, NC 28202**, the Court will receive evidence, take testimony and hear argument on Plaintiff's "Motion for Claim and Delivery of Property" (document #2) and "Motion for Attachment" (document #5).

　　　　**SO ORDERED**.　　　　　　　　　Signed: July 19, 2012

_____
David S. Cayer
United States Magistrate Judge